

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00821-CV

**CITY OF CARRIZO SPRINGS** and Adrian DeLeon, individually and as Mayor of the City of
Carrizo Springs,
Appellants

v.

Isabel **CUMPIAN**, Bill Martin, Alfredo Z. Padilla, Individually and on behalf of the Carrizo
Springs Housing Authority,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12375-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  March 11, 2015

DISMISSED

        Appellants have filed an advisory to the court, stating that the parties have compromised

all pending claims between them and that appellants withdraw their appeal.  We construe the

advisory as a motion to dismiss the appeal and we grant the motion.  Because the advisory to the

court does not disclose an agreement of the parties regarding the assessment of costs, we order all

costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM